UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

INNOVATE 2 CORP.,

                        **Plaintiff,**

            **-against-**                      1:24-mc-00075 (ALC)

MOTORSPORT GAMES INC., et al.,        <u>ORDER</u>

                      **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      This Court will conduct a telephone status conference in this action on **December 18, 2024, at 3:30PM**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: **2319 454 5869#**).

**SO ORDERED.**

Dated:   December 02, 2024
           New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**