UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
   **INNOVATE 2 CORP.,**

                      **Plaintiff,**

              **-against-**

   **MOTORSPORT GAMES INC., et al.,**

                     **Defendants.**
------------------------------------------------------------ x

1:24-mc-00075 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      On or before December 13, 2024, the parties shall file letters on ECF stating their respective positions as to whether this Court may, *sua sponte*, transfer the pending motions to the Issuing Court, pursuant to Federal Rule of Civil Procedure 45(f). *See Full Circle United, LLC v. Bay Tek Ent., Inc.*, 581 F. Supp. 3d 523 (S.D.N.Y. 2022).

**SO ORDERED.**

**Dated:  December 06, 2024**
         **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**